UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON D. ADAMS, <br><br> Plaintiff(s), <br><br> v. <br><br> ADVANTAGE CREDIT, INC., <br><br> Defendant(s). | Case No. 4:22-cv-07251-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Hans W. Lodge, an active member in good standing of the bar of Minnesota, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: plaintiff Sharon D. Adams in the above-entitled action. My local co-counsel in this case is Sophia Rios, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 305801.

1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
MY ADDRESS OF RECORD

401 B Street, Suite 2000
San Diego, CA 92101
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

612-607-7794
MY TELEPHONE # OF RECORD

619-489-0300
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

hlodge@bm.net
MY EMAIL ADDRESS OF RECORD

srios@bm.net
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: MN 397012.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/6/2023

Hans W. Lodge
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Hans W. Lodge is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/6/2021

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT JUDGE

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

HANS WALTER LODGE

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

May 04, 2015

Given under my hand and seal of this court on

November 28, 2022

Emily J. Eschweiler, Director
Office of Lawyer Registration