Sophia Rios, SBN 305801
BERGER MONTAGUE PC
401 B Street, Suite 2000
San Diego, CA 92101
T. 619.489.0300
F. 215.875.4604
srios@bm.net

Hans W. Lodge*
Joseph C. Hashmall*
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. 612.594.5999
F. 612.584.4470
hlodge@bm.net
jhashmall@bm.net

*admitted pro hac vice

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON D. ADAMS, and TAMRA PRICE, <br><br> Plaintiffs, <br><br> vs. <br><br> ADVANTAGE CREDIT, INC., <br><br> Defendant. | Case No. 4:22-cv-07251-HSG <br><br> Filed: October 7, 2022 <br><br> **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)(2) (as modified)** |

# ORDER

Having considered Plaintiffs' Unopposed Motion for Leave to File a Second Amended Complaint Pursuant to Federal Rule of Civil Procedure 15(a)(2) ("the Motion"), and Defendant's written consent to the same, the Motion is **GRANTED**.

The second amended complaint was previously e-filed on 2/16/2023 at docket no. 25 and does not need to be re-filed.

**IT IS SO ORDERED.**

Dated: 2/21/2023

Honorable Haywood S. Gilliam, Jr.